IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CAROLYN CATALANO**, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **INFINITY SOLAR SYSTEMS LLC,** <br><br> *Defendant*. | Case No. 7:21-cv-02556-KMK |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Carolyn Catalano and Defendant Infinity Solar Systems LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 15, 2021

Respectfully submitted,

By:_____
Avi R. Kaufman
avi@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Counsel for Plaintiff and all others similarly situated*

By: /s/ Jason Spiro
Jason Spiro
Jason A. Perez
SPIRO HARRISON
830 Morris Turnpike, 2nd Floor
Short Hills, NJ 07078
(973) 232-0883
*Attorneys for Defendant*

2